1012

**Constantin COLCERIU v. John L. ZURBRICK, District Director of Immigration.**

No. 6432.

Circuit Court of Appeals, Sixth Circuit.
March 14, 1933.

O. Guy Frick, of Detroit, Mich., for appellant.

V. F. McAuliffe, Asst. U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed upon stipulation of counsel.

**COMMISSIONER OF INTERNAL REVENUE v. PITTSBURGH TERMINAL COAL CORP.**

No. 6453.

Circuit Court of Appeals, Sixth Circuit.
April 14, 1933.

Sewall Key, Head of Tax Division, Department of Justice, of Washington, D. C., for petitioner.

C. F. Taplin, of Cleveland, Ohio, for respondent.

PER CURIAM.

Decision of Board of Tax Appeals reversed, and cause remanded, pursuant to confession of error and consent to judgment.

**CONSOLIDATION COAL CO. v. L. BUDNICK and Jack Max.**

No. 6196.

Circuit Court of Appeals, Sixth Circuit.
March 18, 1933.

E. C. O'Rear, of Frankfort, Ky., and J. E. Childers, of Pikeville, Ky., for appellant.

Browning & Davis, of Ashland, Ky., for appellees.

PER CURIAM.

Judgment of District Court affirmed upon authority of Brown v. Harvey Coal Corp. (C. C. A.) 61 F.(2d) 624.

**J. F. COWHERD, Adm'r of Estate of Carlton Cowherd, Deceased, v. NEW YORK LIFE INSURANCE CO.**

No 6016.

Circuit Court of Appeals, Sixth Circuit.
Nov. 10, 1932.

Woodward, Hamilton & Hobson, of Louisville, Ky., for appellant.

Wm. Marshall Bullitt, of Louisville, Ky., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**Burnett DICKEY, Mrs. Susie B. Taliaferro, Executrix of R. B. Taliaferro, Hunter Wilson, and Arthur Rogers v. F. T. TURNER.**

No. 6212.

Circuit Court of Appeals, Sixth Circuit.
Jan. 17, 1933.

See, also (C. C. A.) 49 F.(2d) 998.

Hunter Wilson, of Memphis, Tenn., for appellants.

Canada, Williams & Russell, of Memphis, Tenn., for appellee.

PER CURIAM.

Decree of District Court (3 F. Supp. 360) affirmed.